<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BENEDICTA GUTIERREZ,<br><br>              Plaintiff,<br><br>v.<br><br>MCDONALD'S CORP.,<br><br>              Defendant. | Civil Action No. 09-4560 (SRC)<br><br>**ORDER** |

<u>**CHESLER**</u>, District Judge

      This matter having come before the Court on Plaintiffs' application to proceed *in forma pauperis*; and the Court having reviewed the application to proceed *in forma pauperis* under 28 U.S.C. §1915(a); and the Court having reviewed the Complaint under 28 U.S.C. §1915(e)(2)(B); and for the reasons expressed in the Opinion filed herewith;

      **IT IS** on this 21st day of September, 2009,

      **ORDERED** that Plaintiffs' application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §1915(a); and it is further

      **ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without pre-payment of the filing fee; and it is further

**ORDERED** that Plaintiffs' Complaint (docket item # 1) is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs shall have leave to file an amended Complaint, which will also be reviewed under 28 U.S.C. §1915, within 14 days of the date of this Order; and it is further

**ORDERED** that should Plaintiff fail to file an amended Complaint within the time put forth by this Order, the Court will direct the Clerk of the Court to close this action.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

DATED: September 21, 2009